UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BLUEGREEN VACATIONS UNLIMITED, INC., *et al.*,

    Plaintiffs,

v.

TIMESHARE LAWYERS P.A., *et al.*,

    Defendants.

Case No.: 1:20-cv-24681-RNS

**PLAINTIFFS' NOTICE OF DISCOVERY HEARING**

Plaintiffs, Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation (collectively "Bluegreen"), respectfully provide notice of a discovery hearing before Magistrate Judge Goodman on August 8, 2022, at 10:00 a.m. E.T.

Bluegreen will bring the following matters to be heard:

(1)    Bluegreen's request for enlargement of the number of depositions. Specifically, Bluegreen seeks leave to conduct twenty (20) additional depositions of third-party timeshare owners, each deposition not to exceed 2 hours, and all to be conducted via Zoom.

**LOCAL RULE 7.1(A)(3) CERTIFICATE**

Counsel for the movant has sought conferral with all defendants who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so. Counsel for defendants Pandora Marketing, LLC; Rich Folk; and William Wilson; counsel for Carlsbad Law Group, LLP; and Sean Slattery; and Counsel for Yuge Internet Marketing, LLC; Bigly Internet Marketing, LLC; and David Crader object to the relief sought herein. Counsel for movant has made reasonable efforts to confer with all other parties including by email on July 25, 2022 but has not received a response from such other

parties. Undersigned will make further attempt to confer with the other parties in advance of the scheduled hearing.

Dated: August 1, 2022                                    Respectfully submitted,

/s/ Christian M. Leger
**ERIC C. CHRISTU, ESQ.**
Florida Bar No. 434647
echristu@shutts.com
**SHUTTS & BOWEN, LLP**
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 358-6300
Facsimile: (305) 381-9982

and

**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361
grubin@shutts.com
**MICHAEL QUINN, ESQ.**
Florida Bar No. 84587
mquinn@shutts.com
**CHRISTIAN M. LEGER, ESQ.**
Florida Bar No. 0100562
cleger@shutts.com
**BENJAMIN F. ELLIOTT, ESQ.**
Florida Bar No. 1010706
belliott@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Facsimile: (407) 849-7255

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of August , 2022, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing

system, which will serve a copy via electronic mail upon the following CM/ECF Participants, and on the aforementioned date I caused a true and correct copy of the foregoing to be served via U.S. Mail, postage prepaid, upon the following non-CM/ECF Participants:

| | |
|---|---|
| Brian L. Wagner, Esq.<br>Email: bwagner@mateerharbert.com<br>Email: semerson@mateerharbert.com<br>W. Scott Gabrielson, Esq.<br>Email: sgabrielson@mateerharbert.com<br>Email: Mstoutamire@mateerharbert.com<br>Mateer & Harbert, P.A.<br>225 East Robinson Street, Suite 600<br>Orlando, FL 32801-2854<br>Telephone: 407-425-9044<br>Facsimile: 407-423-2016<br>*Attorneys for Carlsbad Law Group, LLP and JL "Sean" Slattery* | Christian W. Waugh, Esq.<br>Email: cwaugh@waughgrant.com<br>Morgan Fayocavitz, Esq.<br>Email: mfayocavitz@waughgrant.com<br>Mary Norberg, Esq.<br>Email: mnorberg@waughgrant.com<br>Email: rwood@waughgrant.com<br>WAUGH Grant PLLC<br>201 E. Pine Street, Suite 315<br>Orlando, FL 32801<br>Telephone: (321) 800-6008<br>Facsimile: (844) 206-0245<br>*Attorneys for Yuge Internet Marketing, LLC, Bigly Internet Marketing, LLC and David J. Crader* |
| John J. Bennett, Esq.<br>Email: jbennett@nardellalaw.com<br>John M. Sykes, Esq.<br>Email: jsykes@nardellalaw.com<br>Email: nmacdougall@nardellalaw.com<br>Email: service@nardellalaw.com<br>Nardella & Nardella, PLLC<br>135 W. Central Blvd., Suite 300<br>Orlando, FL 32801<br>Telephone: (407) 966-2680<br>and<br>Patrick A. Bradford, Esq. (Pro Hac Vice)<br>Email: pbradford@bradfordedwards.com<br>Bradford Edwards and Varlack LLP<br>112 East 49th Street, 11th Floor<br>New York, NY 10017<br>Telephone: (917) 671-9406<br>*Attorneys for Pandora Marketing, LLC d/b/a Timeshare Compliance, William Wilson a/k/a Bo Wilson, Rich Folk* | Patrick James Thompson, Esq.<br>Email: law@patrickjthompson.com<br>Patrick Thompson Law P.A.<br>7025 County Road 46A PMB 432<br>Lake Mary, FL 32746-4721<br>Telephone: (407) 750-9000<br>Facsimile: (386) 675-1445<br>*Patrick Thompson, Pro Se*<br><br>Patrick J. Thompson, Esq.<br>Email: law@patrickjthompson.com<br>Patrick Thompson Law P.A.<br>201 Hilda Street, Ste. 23<br>Kissimmee, FL 34741<br>Telephone: 407-750-9000<br>*Attorney for Timeshare Lawyers P.A.* |
| **NON-ECF PARTICIPANTS** ||
| Angela Consalvo<br>588 Cobblestone Creek Drive<br>Boynton Beach, Florida 33472<br>MG&N Group LLC d/b/a National Credit | Paul Stewart<br>508 Harbor Blvd., #401<br>Destin, FL 32541<br>Paddy Deighan |

3

| | |
|---|---|
| Rehab<br>c/o Registered Agent Michael Consalvo<br>502 Sun Pointe Drive<br>Boynton Beach, Florida 33437 | 2000 Fashion Show Drive, Unit 2222<br>Las Vegas, Nevada 89109<br>Email:  paddy@federalfinanciallawgroup.com<br><br>923 Haddonfield Road, Suite 300<br>Cherry Hill, NJ 08002 |
| Gallagher-Clifton, LLC<br>c/o Registered Agent William O. Stewart, Jr.<br>508 Harbor Blvd., #401<br>Destin, FL 32541 | |

                                                */s/ Christian M. Leger*
                                                **CHRISTIAN LEGER, ESQ.**

ORLDOCS 19723782 1