EXHIBIT C

**From:** Christian M. Leger <CLeger@shutts.com>
**Date:** Wednesday, June 21, 2023 at 1:05 PM
**To:** Patrick Bradford <pbradford@bradfordedwards.com>, 'Benford, John Y.'
<John.Benford@wilsonelser.com>
**Cc:** Julie Capehart <jcapehart@bradfordedwards.com>, Lisa Hershman
<lhershman@bradfordedwards.com>, Bud Bennington <BBennington@shutts.com>, Glennys Ortega
Rubin <GRubin@shutts.com>, Eric C. Christu <EChristu@shutts.com>, Benjamin F. Elliott
<BElliott@shutts.com>, Danielle M. Reyes <DReyes@shutts.com>, Wanda Irvin <WIrvin@shutts.com>
**Subject:** [External] Bluegreen v. Pandora Marketing - Demand for Compliance with Injunction

Pat/John,

As you're aware, the Court entered the preliminary injunction requested by Bluegreen prohibiting certain
conduct and advertising by Pandora Marketing, LLC, and also Rich Folk and William "Bo" Wilson.  The terms
of the injunction also apply broadly to all persons or entities in active concert or participation with Folk and
Wilson, which includes their other entities.  Please confirm that Pandora, Folk, and Wilson are actively
working to bring their advertising, marketing, and business practices in compliance with the Court's
preliminary injunction.  To that end, we have gathered the attached examples of publicly available advertising
that violates the preliminary injunction that is still posted as of the time of this email that should be taken
down immediately.  The examples in the attached document are not exhaustive, and Bluegreen continues to
investigate the Defendants' advertisements for other potential violations of the injunction.  Bluegreen
demands that all advertising be corrected and brought into compliance with the preliminary injunction
immediately, but in any event, no later than Friday, June 23, 2023. Please confirm that Pandora, Folk, and
Wilson will comply with this demand.

Thank you,
Christian Leger



**Christian M. Leger**
*Partner*

**Shutts & Bowen LLP**

300 South Orange Avenue, Suite 1600 | Orlando, FL 32801
Direct: (407) 835-6752 | Fax:
E-Mail | Biography | V-Card | Website

**<u>References to Attorney Involvement</u>**

https://timesharecompliance.com/



## ATTORNEY AND CONTRACT RESOLUTION

After we have set you up in our system, a formal introduction will be made to one of the experienced timeshare exit Attorneys we refer you to. From here the attorney will gather any additional information they may need from you, set specific expectations and inform you of any next steps.



## YES, WE USE ATTORNEYS

At Timeshare Compliance we only use experienced attorneys to help represent you in a timeshare exit resolution. In doing so, it not only ensures a smooth and seamless timeshare cancellation process, but puts an immediate end to any potential harassment on the part of your timeshare developer.

1

## WHAT IS THE DIFFERENCE BETWEEN TIMESHARE CANCELLATION AND TIMESHARE EXIT?

In general, **timeshare cancellation**, refers to a window of time you are allowed to terminate or rescind your timeshare contract after your initial purchase. On the other hand, **timeshare exit** refers to our process of getting you out of your unwanted timeshare once the cancellation period of your contract has passed.  If you qualify for our program, our **timeshare exit attorneys** help you with exit  your timeshare after the rescission window has passed.

For the record, we may use the term "timeshare cancellation" from time to time, but this is only referring to the basic term or phrase that many people use on a regular basis in their search for timeshare exit services such as ours.

2

**<u>Video References to Legal Exit</u>**

https://timesharecompliance.com/







## Publication of Customer Reviews Referencing Legal Services

https://timesharecompliance.com/

**Outstanding Timeshare Assistance!!**

When Miriam & I wanted to terminate our Timeshare; we contacted Timeshare Compliance. They took time to explain the process. They provided assurance that they would work with us until we were legally removed from our timeshare obligations. On a recurring basis, Timeshare Compliance provided updates. We were pleased that, through their representation, we were freed from our timeshare obligations, V/R, Miriam & Luis Ramos

**Thankful for Timeshare Compliance...**

We are thankful for the wonderful customer support and service provided by Timeshare Compliance, and even more thankful for the success they helped to ensure! As promised, we were complexly free of our timeshare in less than a year; we have also received verifying documentation releAsing us from liability for the property from the developer and TC's corresponding attorneys.

**Timeshare Compliance is great to work with.**

Timeshare Compliance was very forthcoming in what to expect. It took a little over a year to finalize the transaction of relieving us of our timeshare. They answered all of my questions and helped when I was unable to get a response from the law firm. All in all, I would definitely recommend them to anyone for help with getting out of their timeshare.

**The office of Timeshare Compliance...**

The office of Timeshare Compliance helped me tremendously in unburdening myself of a timeshare that didn't honor its contract after it was taken over by another company. It was a lengthy and drawn out process but we prevailed in the end. Their legal team are very professional and courteous and easily reachable by phone or email, kept us abreast on specifics of the case and paperwork needed to file. A big THANK YOU to them for all their dedication and hard work in relation to their clients.

**Kimberly Bailey**

*September 28, 2022*

Timeshare Compliance was awesome! They are true professionals and know all of the proper channels to legally get you out of your timeshare. It was an easy and painless process. I highly recommend Timeshare Compliance!

**Victor Reyes**

*February 23, 2023*

Time share compliance helped us with our situation, They are professionals and know how to legally get you out of your timeshare. It did take time but the burden is resolved and we are very thankful.

Robin L
May 31, 2023

TSC handled my release and
made it easy for me! I went to a
timeshare presentation with no
intention of purchasing a
timeshare. I was not given all
information and I was not
listened to because I said I
owned my travel business and
did not need a timeshare. After
about 90 minutes i had looked
at so many different packages. I
was then shown a 3 BR
timeshare in Tahiti. I said I'd
love to take my team there and
asked if that would be included
if I selected a package. I was
told I would have access to the
timeshare in Tahiti. When TSC
contacted me, they looked at
my contract and informed me I
did not have access to what I
was told. They were very
understanding, not judgmental
and educated me on what was
going to happen should I
choose to work with them. I Did!
It took less than 2 years for me
to get out of my contract, and
the customer service is to be
commended!Thank you TSC on
helping me free myself from the
timeshare.

Read Less

Hal Steward
January 27, 2023

Timeshare Compliance was a
tremendous help in getting us
out of our timeshare contract.
They walked us through the
process and put us in contact
with a law firm that specializes
in this and it was easy as pie. It
took awhile but as does most
legal things do, but Timeshare
Compliance kept us up dated as
to what was happening and who
and what paperwork was going
back and forth and the progress
that was being made. They
always answered the phone
when I called and always had
my updated file in a matter of
seconds. I was very satisfied
with the service I received from
Timeshare Compliance and
would highly recommend them.
Harold Steward

Harold S
January 26, 2023

Timeshare Compliance was a
tremendous help in getting us
out of our timeshare contract.
They walked us through the
process and put us in contact
with a law firm that specializes
in this and it was easy as pie. It
took awhile but as does most
legal things do, but Timeshare
Compliance kept us up dated as
to what was happening and who
and what paperwork was going
back and forth and the progress
that was being made. They
always answered the phone
when I called and always had
my updated file in a matter of
seconds. I was very satisfied
with the service I received from
Timeshare Compliance and
would highly recommend them.
*****************************

Jude N
October 16, 2022

Timeshare Compliance kept to
their word and got us out of our
timeshare debacle. After we
signed up with them we got
assigned to attorneys that
guided us on every
correspondence with our
timeshare company going
forward. Within 19 months,
during which time we didn't
have to make any payment to
the timeshare, they got us a
resolution that canceled our
timeshare.

**So very grateful!!**

I really cant thank this group enough. The process was dragged out because of the COVID shut down but someone always reached out to me every few months to ensure everything was still on track. That was so important to me as I worried about how COVID would impact the process. I communicated with several individuals and every time they were polite, professional, and helpful. I was released of all obligations a couple months ago. During the process my credit took a downturn and that really had me nervous. Ive never had credit issues before this but now my credit is almost back to normal. There will be lots of waiting as legal matters take time and there will be moments of worry. Just be patient and email them if you have questions. I am so happy to have found TSC; they relieved me of so much anxiety and frustration. I would highly recommend them for any timeshare assistance!

**Timeshare Compliance was a tremendous help...**

Timeshare Compliance was a tremendous help in getting us out of our timeshare contract. They walked us through the process and put us in contact with a law firm that specializes in this and it was easy as pie. It took awhile but as does most legal things do, but Timeshare Compliance kept us up dated as to what was happening and who and what paperwork was going back and forth and the progress that was being made. They always answered the phone when I called and always had my updated file in a matter of seconds. I was very satisfied with the service I received from Timeshare Compliance and would highly recommend them.

**RONALD S**
*January 16, 2023*

Timeshare Compliance helped ******** out of a Timeshare that I was pressured into. They helped ******** to relieve from the burden of my timeshare. We respected the professionalism Timeshare and their team provided. Not long after after signed up with them we got assigned to attorneys that guided us on every correspondence with our timeshare company going forward. Within approximately 12 weeks they got us a resolution and canceled our timeshare. I am very satisfied with the service of Timeshare Compliance and would recommend this company to anyone who is not satisfied with their timeshare contact.THANK YOU VERY MUCH ****** AND *********************

**Angela V**
*December 12, 2022*

Timeshare Compliance helped to relieve me from the burden of my timeshare. They delivered what they promised in a timely manner and kept me informed of happenings throughout the process. Their legal team and case representatives were ******************** and available when I needed them for advice. Thank you to all from Timeshare Compliance for their work ethic and positive attitude in working with their clients. I would highly recommend them to others.

**Erica L**
*December 7, 2022*

The office of Timeshare Compliance helped me tremendously in unburdening myself of a timeshare that didnt honor its contract after it was taken over by another company. It was a lengthy and drawn out process but we prevailed in the end. Their legal team are very professional and courteous and easily reachable by phone or email, kept us abreast on specifics of the case and paperwork needed to file. A big THANK YOU to them for all their dedication and hard work in relation to their clients. **********

7

## Description of Services
YouTube

 **Timeshare Compliance**

@timesharecompliance2596  133 subscribers  32 videos

Timeshare Compliance is a full-service consumer advocacy group helping ...   >

| HOME | VIDEOS | PLAYLISTS | COMMUNITY | CHANNELS | ABOUT | 🔍 |

**Description**

Timeshare Compliance is a full-service consumer advocacy group helping clients like you legally and successfully exit timeshare contracts.

**Stats**

Joined Feb 23, 2020

**<u>Videos Referencing "Legal" Cancellation</u>**
You Tube



Timeshare Compliance – Timeshare Exit Attorney – Terminate Your Timeshare Legally



Timeshare Compliance – Timeshare Exit Company – How To Terminate Your Timeshare Legally

9



Timeshare Compliance – Best Timeshare Exit Company – Legal Timeshare Cancellation





Timeshare Compliance – Timeshare Exit Company – Legal Timeshare Cancellation



10





**Attention Timeshare Owners**

Timeshare Compliance
133 subscribers

Subscribe

👍 2  👎  ↪ Share  ⬇ Download  ☰+ Save  ⋯





**Stop Stressing About Your Timeshare**

Timeshare Compliance
133 subscribers

Subscribe

👍 1  👎  ↪ Share  ⬇ Download  ☰+ Save  ⋯

11



Timeshare Resolution Company – Timeshare Compliance – Legal Timeshare Cancelation



Timeshare Resolution Services – Timeshare Compliance – Legal Timeshare Cancellation Testimonial



Timeshare Resolution Services – How to Legally Cancel Timeshare? – Timeshare Compliance

Timeshare Compliance
133 subscribers

Subscribe

👍 5   👎      ↪ Share      ⬇ Download      ☰+ Save      ...