EXHIBIT A: PLAINTIFFS' EXHIBITS TO BE FILED UNDER SEAL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| P-0004 | P-0046 | P-0088 | P-0131 | P-0173 | P-0215 | P-0257 | P-0299 | P-0341 |
| P-0005 | P-0047 | P-0089 | P-0132 | P-0174 | P-0216 | P-0258 | P-0300 | P-0342 |
| P-0006 | P-0048 | P-0090 | P-0133 | P-0175 | P-0217 | P-0259 | P-0301 | P-0343 |
| P-0007 | P-0049 | P-0091 | P-0134 | P-0176 | P-0218 | P-0260 | P-0302 | P-0344 |
| P-0008 | P-0050 | P-0092 | P-0135 | P-0177 | P-0219 | P-0261 | P-0303 | P-0345 |
| P-0009 | P-0051 | P-0093 | P-0136 | P-0178 | P-0220 | P-0262 | P-0304 | P-0346 |
| P-0010 | P-0052 | P-0094 | P-0137 | P-0179 | P-0221 | P-0263 | P-0305 | P-0347 |
| P-0011 | P-0053 | P-0095 | P-0138 | P-0180 | P-0222 | P-0264 | P-0306 | P-0348 |
| P-0012 | P-0054 | P-0096 | P-0139 | P-0181 | P-0223 | P-0265 | P-0307 | P-0349 |
| P-0013 | P-0055 | P-0097 | P-0140 | P-0182 | P-0224 | P-0266 | P-0308 | P-0350 |
| P-0014 | P-0056 | P-0098 | P-0141 | P-0183 | P-0225 | P-0267 | P-0309 | P-0351 |
| P-0015 | P-0057 | P-0099 | P-0142 | P-0184 | P-0226 | P-0268 | P-0310 | P-0352 |
| P-0016 | P-0058 | P-0101 | P-0143 | P-0185 | P-0227 | P-0269 | P-0311 | P-0353 |
| P-0017 | P-0059 | P-0102 | P-0144 | P-0186 | P-0228 | P-0270 | P-0312 | P-0354 |
| P-0018 | P-0060 | P-0103 | P-0145 | P-0187 | P-0229 | P-0271 | P-0313 | P-0355 |
| P-0019 | P-0061 | P-0104 | P-0146 | P-0188 | P-0230 | P-0272 | P-0314 | P-0356 |
| P-0020 | P-0062 | P-0105 | P-0147 | P-0189 | P-0231 | P-0273 | P-0315 | P-0357 |
| P-0021 | P-0063 | P-0106 | P-0148 | P-0190 | P-0232 | P-0274 | P-0316 | P-0358 |
| P-0022 | P-0064 | P-0107 | P-0149 | P-0191 | P-0233 | P-0275 | P-0317 | P-0359 |
| P-0023 | P-0065 | P-0108 | P-0150 | P-0192 | P-0234 | P-0276 | P-0318 | P-0360 |
| P-0024 | P-0066 | P-0109 | P-0151 | P-0193 | P-0235 | P-0277 | P-0319 | P-0361 |
| P-0025 | P-0067 | P-0110 | P-0152 | P-0194 | P-0236 | P-0278 | P-0320 | P-0362 |
| P-0026 | P-0068 | P-0111 | P-0153 | P-0195 | P-0237 | P-0279 | P-0321 | P-0363 |
| P-0027 | P-0069 | P-0112 | P-0154 | P-0196 | P-0238 | P-0280 | P-0322 | P-0364 |
| P-0028 | P-0070 | P-0113 | P-0155 | P-0197 | P-0239 | P-0281 | P-0323 | P-0365 |
| P-0029 | P-0071 | P-0114 | P-0156 | P-0198 | P-0240 | P-0282 | P-0324 | P-0366 |
| P-0030 | P-0072 | P-0115 | P-0157 | P-0199 | P-0241 | P-0283 | P-0325 | P-0367 |
| P-0031 | P-0073 | P-0116 | P-0158 | P-0200 | P-0242 | P-0284 | P-0326 | P-0368 |
| P-0032 | P-0074 | P-0117 | P-0159 | P-0201 | P-0243 | P-0285 | P-0327 | P-0369 |
| P-0033 | P-0075 | P-0118 | P-0160 | P-0202 | P-0244 | P-0286 | P-0328 | P-0370 |
| P-0034 | P-0076 | P-0119 | P-0161 | P-0203 | P-0245 | P-0287 | P-0329 | P-0371 |
| P-0035 | P-0077 | P-0120 | P-0162 | P-0204 | P-0246 | P-0288 | P-0330 | P-0372 |
| P-0036 | P-0078 | P-0121 | P-0163 | P-0205 | P-0247 | P-0289 | P-0331 | P-0373 |
| P-0037 | P-0079 | P-0122 | P-0164 | P-0206 | P-0248 | P-0290 | P-0332 | P-0374 |
| P-0038 | P-0080 | P-0123 | P-0165 | P-0207 | P-0249 | P-0291 | P-0333 | P-0375 |
| P-0039 | P-0081 | P-0124 | P-0166 | P-0208 | P-0250 | P-0292 | P-0334 | P-0376 |
| P-0040 | P-0082 | P-0125 | P-0167 | P-0209 | P-0251 | P-0293 | P-0335 | P-0377 |
| P-0041 | P-0083 | P-0126 | P-0168 | P-0210 | P-0252 | P-0294 | P-0336 | P-0378 |
| P-0042 | P-0084 | P-0127 | P-0169 | P-0211 | P-0253 | P-0295 | P-0337 | P-0379 |
| P-0043 | P-0085 | P-0128 | P-0170 | P-0212 | P-0254 | P-0296 | P-0338 | P-0380 |
| P-0044 | P-0086 | P-0129 | P-0171 | P-0213 | P-0255 | P-0297 | P-0339 | P-0381 |
| P-0045 | P-0087 | P-0130 | P-0172 | P-0214 | P-0256 | P-0298 | P-0340 | P-0382 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| P-0383 | P-0429 | P-0474 | P-0519 | P-0564 | P-0609 | P-0654 | P-0699 | P-0744 |
| P-0384 | P-0430 | P-0475 | P-0520 | P-0565 | P-0610 | P-0655 | P-0700 | P-0745 |
| P-0385 | P-0431 | P-0476 | P-0521 | P-0566 | P-0611 | P-0656 | P-0701 | P-0746 |
| P-0386 | P-0432 | P-0477 | P-0522 | P-0567 | P-0612 | P-0657 | P-0702 | P-0747 |
| P-0387 | P-0433 | P-0478 | P-0523 | P-0568 | P-0613 | P-0658 | P-0703 | P-0748 |
| P-0388 | P-0434 | P-0479 | P-0524 | P-0569 | P-0614 | P-0659 | P-0704 | P-0749 |
| P-0389 | P-0435 | P-0480 | P-0525 | P-0570 | P-0615 | P-0660 | P-0705 | P-0750 |
| P-0390 | P-0436 | P-0481 | P-0526 | P-0571 | P-0616 | P-0661 | P-0706 | P-0751 |
| P-0391 | P-0437 | P-0482 | P-0527 | P-0572 | P-0617 | P-0662 | P-0707 | P-0752 |
| P-0392 | P-0438 | P-0483 | P-0528 | P-0573 | P-0618 | P-0663 | P-0708 | P-0753 |
| P-0394 | P-0439 | P-0484 | P-0529 | P-0574 | P-0619 | P-0664 | P-0709 | P-0754 |
| P-0395 | P-0440 | P-0485 | P-0530 | P-0575 | P-0620 | P-0665 | P-0710 | P-0755 |
| P-0396 | P-0441 | P-0486 | P-0531 | P-0576 | P-0621 | P-0666 | P-0711 | P-0756 |
| P-0397 | P-0442 | P-0487 | P-0532 | P-0577 | P-0622 | P-0667 | P-0712 | P-0757 |
| P-0398 | P-0443 | P-0488 | P-0533 | P-0578 | P-0623 | P-0668 | P-0713 | P-0758 |
| P-0399 | P-0444 | P-0489 | P-0534 | P-0579 | P-0624 | P-0669 | P-0714 | P-0759 |
| P-0400 | P-0445 | P-0490 | P-0535 | P-0580 | P-0625 | P-0670 | P-0715 | P-0760 |
| P-0401 | P-0446 | P-0491 | P-0536 | P-0581 | P-0626 | P-0671 | P-0716 | P-0761 |
| P-0402 | P-0447 | P-0492 | P-0537 | P-0582 | P-0627 | P-0672 | P-0717 | P-0762 |
| P-0403 | P-0448 | P-0493 | P-0538 | P-0583 | P-0628 | P-0673 | P-0718 | P-0763 |
| P-0404 | P-0449 | P-0494 | P-0539 | P-0584 | P-0629 | P-0674 | P-0719 | P-0764 |
| P-0405 | P-0450 | P-0495 | P-0540 | P-0585 | P-0630 | P-0675 | P-0720 | P-0765 |
| P-0406 | P-0451 | P-0496 | P-0541 | P-0586 | P-0631 | P-0676 | P-0721 | P-0766 |
| P-0407 | P-0452 | P-0497 | P-0542 | P-0587 | P-0632 | P-0677 | P-0722 | P-0767 |
| P-0408 | P-0453 | P-0498 | P-0543 | P-0588 | P-0633 | P-0678 | P-0723 | P-0768 |
| P-0409 | P-0454 | P-0499 | P-0544 | P-0589 | P-0634 | P-0679 | P-0724 | P-0769 |
| P-0410 | P-0455 | P-0500 | P-0545 | P-0590 | P-0635 | P-0680 | P-0725 | P-0770 |
| P-0411 | P-0456 | P-0501 | P-0546 | P-0591 | P-0636 | P-0681 | P-0726 | P-0771 |
| P-0412 | P-0457 | P-0502 | P-0547 | P-0592 | P-0637 | P-0682 | P-0727 | P-0772 |
| P-0413 | P-0458 | P-0503 | P-0548 | P-0593 | P-0638 | P-0683 | P-0728 | P-0773 |
| P-0414 | P-0459 | P-0504 | P-0549 | P-0594 | P-0639 | P-0684 | P-0729 | P-0774 |
| P-0415 | P-0460 | P-0505 | P-0550 | P-0595 | P-0640 | P-0685 | P-0730 | P-0775 |
| P-0416 | P-0461 | P-0506 | P-0551 | P-0596 | P-0641 | P-0686 | P-0731 | P-0776 |
| P-0417 | P-0462 | P-0507 | P-0552 | P-0597 | P-0642 | P-0687 | P-0732 | P-0777 |
| P-0418 | P-0463 | P-0508 | P-0553 | P-0598 | P-0643 | P-0688 | P-0733 | P-0778 |
| P-0419 | P-0464 | P-0509 | P-0554 | P-0599 | P-0644 | P-0689 | P-0734 | P-0779 |
| P-0420 | P-0465 | P-0510 | P-0555 | P-0600 | P-0645 | P-0690 | P-0735 | P-0780 |
| P-0421 | P-0466 | P-0511 | P-0556 | P-0601 | P-0646 | P-0691 | P-0736 | P-0781 |
| P-0422 | P-0467 | P-0512 | P-0557 | P-0602 | P-0647 | P-0692 | P-0737 | P-0782 |
| P-0423 | P-0468 | P-0513 | P-0558 | P-0603 | P-0648 | P-0693 | P-0738 | P-0783 |
| P-0424 | P-0469 | P-0514 | P-0559 | P-0604 | P-0649 | P-0694 | P-0739 | P-0784 |
| P-0425 | P-0470 | P-0515 | P-0560 | P-0605 | P-0650 | P-0695 | P-0740 | P-0785 |
| P-0426 | P-0471 | P-0516 | P-0561 | P-0606 | P-0651 | P-0696 | P-0741 | P-0786 |
| P-0427 | P-0472 | P-0517 | P-0562 | P-0607 | P-0652 | P-0697 | P-0742 | P-0787 |
| P-0428 | P-0473 | P-0518 | P-0563 | P-0608 | P-0653 | P-0698 | P-0743 | P-0788 |

| P-0789 | P-0834 | P-0879 | P-0925 | P-0970 | P-1015 | P-1060 | P-1105 | P-1150 |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| P-0790 | P-0835 | P-0880 | P-0926 | P-0971 | P-1016 | P-1061 | P-1106 | P-1151 |
| P-0791 | P-0836 | P-0882 | P-0927 | P-0972 | P-1017 | P-1062 | P-1107 | P-1152 |
| P-0792 | P-0837 | P-0883 | P-0928 | P-0973 | P-1018 | P-1063 | P-1108 | P-1153 |
| P-0793 | P-0838 | P-0884 | P-0929 | P-0974 | P-1019 | P-1064 | P-1109 | P-1154 |
| P-0794 | P-0839 | P-0885 | P-0930 | P-0975 | P-1020 | P-1065 | P-1110 | P-1155 |
| P-0795 | P-0840 | P-0886 | P-0931 | P-0976 | P-1021 | P-1066 | P-1111 | P-1156 |
| P-0796 | P-0841 | P-0887 | P-0932 | P-0977 | P-1022 | P-1067 | P-1112 | P-1157 |
| P-0797 | P-0842 | P-0888 | P-0933 | P-0978 | P-1023 | P-1068 | P-1113 | P-1158 |
| P-0798 | P-0843 | P-0889 | P-0934 | P-0979 | P-1024 | P-1069 | P-1114 | P-1159 |
| P-0799 | P-0844 | P-0890 | P-0935 | P-0980 | P-1025 | P-1070 | P-1115 | P-1160 |
| P-0800 | P-0845 | P-0891 | P-0936 | P-0981 | P-1026 | P-1071 | P-1116 | P-1161 |
| P-0801 | P-0846 | P-0892 | P-0937 | P-0982 | P-1027 | P-1072 | P-1117 | P-1162 |
| P-0802 | P-0847 | P-0893 | P-0938 | P-0983 | P-1028 | P-1073 | P-1118 | P-1163 |
| P-0803 | P-0848 | P-0894 | P-0939 | P-0984 | P-1029 | P-1074 | P-1119 | P-1164 |
| P-0804 | P-0849 | P-0895 | P-0940 | P-0985 | P-1030 | P-1075 | P-1120 | P-1165 |
| P-0805 | P-0850 | P-0896 | P-0941 | P-0986 | P-1031 | P-1076 | P-1121 | P-1166 |
| P-0806 | P-0851 | P-0897 | P-0942 | P-0987 | P-1032 | P-1077 | P-1122 | P-1167 |
| P-0807 | P-0852 | P-0898 | P-0943 | P-0988 | P-1033 | P-1078 | P-1123 | P-1168 |
| P-0808 | P-0853 | P-0899 | P-0944 | P-0989 | P-1034 | P-1079 | P-1124 | P-1169 |
| P-0809 | P-0854 | P-0900 | P-0945 | P-0990 | P-1035 | P-1080 | P-1125 | P-1170 |
| P-0810 | P-0855 | P-0901 | P-0946 | P-0991 | P-1036 | P-1081 | P-1126 | P-1171 |
| P-0811 | P-0856 | P-0902 | P-0947 | P-0992 | P-1037 | P-1082 | P-1127 | P-1172 |
| P-0812 | P-0857 | P-0903 | P-0948 | P-0993 | P-1038 | P-1083 | P-1128 | P-1173 |
| P-0813 | P-0858 | P-0904 | P-0949 | P-0994 | P-1039 | P-1084 | P-1129 | P-1174 |
| P-0814 | P-0859 | P-0905 | P-0950 | P-0995 | P-1040 | P-1085 | P-1130 | P-1175 |
| P-0815 | P-0860 | P-0906 | P-0951 | P-0996 | P-1041 | P-1086 | P-1131 | P-1176 |
| P-0816 | P-0861 | P-0907 | P-0952 | P-0997 | P-1042 | P-1087 | P-1132 | P-1177 |
| P-0817 | P-0862 | P-0908 | P-0953 | P-0998 | P-1043 | P-1088 | P-1133 | P-1178 |
| P-0818 | P-0863 | P-0909 | P-0954 | P-0999 | P-1044 | P-1089 | P-1134 | P-1179 |
| P-0819 | P-0864 | P-0910 | P-0955 | P-1000 | P-1045 | P-1090 | P-1135 | P-1180 |
| P-0820 | P-0865 | P-0911 | P-0956 | P-1001 | P-1046 | P-1091 | P-1136 | P-1181 |
| P-0821 | P-0866 | P-0912 | P-0957 | P-1002 | P-1047 | P-1092 | P-1137 | P-1182 |
| P-0822 | P-0867 | P-0913 | P-0958 | P-1003 | P-1048 | P-1093 | P-1138 | P-1183 |
| P-0823 | P-0868 | P-0914 | P-0959 | P-1004 | P-1049 | P-1094 | P-1139 | P-1184 |
| P-0824 | P-0869 | P-0915 | P-0960 | P-1005 | P-1050 | P-1095 | P-1140 | P-1185 |
| P-0825 | P-0870 | P-0916 | P-0961 | P-1006 | P-1051 | P-1096 | P-1141 | P-1186 |
| P-0826 | P-0871 | P-0917 | P-0962 | P-1007 | P-1052 | P-1097 | P-1142 | P-1187 |
| P-0827 | P-0872 | P-0918 | P-0963 | P-1008 | P-1053 | P-1098 | P-1143 | P-1188 |
| P-0828 | P-0873 | P-0919 | P-0964 | P-1009 | P-1054 | P-1099 | P-1144 | P-1189 |
| P-0829 | P-0874 | P-0920 | P-0965 | P-1010 | P-1055 | P-1100 | P-1145 | P-1190 |
| P-0830 | P-0875 | P-0921 | P-0966 | P-1011 | P-1056 | P-1101 | P-1146 | P-1191 |
| P-0831 | P-0876 | P-0922 | P-0967 | P-1012 | P-1057 | P-1102 | P-1147 | P-1192 |
| P-0832 | P-0877 | P-0923 | P-0968 | P-1013 | P-1058 | P-1103 | P-1148 | P-1193 |
| P-0833 | P-0878 | P-0924 | P-0969 | P-1014 | P-1059 | P-1104 | P-1149 | P-1194 |

| P-1195 | P-1240 | P-1289 | P-1338 | P-1489 | P-1574 | P-1935 |
|--------|--------|--------|--------|--------|--------|--------|
| P-1196 | P-1241 | P-1290 | P-1339 | P-1491 | P-1891 | P-1936 |
| P-1197 | P-1242 | P-1291 | P-1341 | P-1496 | P-1892 | P-1937 |
| P-1198 | P-1243 | P-1292 | P-1342 | P-1497 | P-1893 | P-1938 |
| P-1199 | P-1244 | P-1293 | P-1343 | P-1498 | P-1894 | P-1939 |
| P-1200 | P-1245 | P-1295 | P-1344 | P-1501 | P-1895 | P-1940 |
| P-1201 | P-1246 | P-1296 | P-1345 | P-1503 | P-1896 | P-1941 |
| P-1202 | P-1247 | P-1297 | P-1346 | P-1504 | P-1897 | P-1942 |
| P-1203 | P-1248 | P-1298 | P-1347 | P-1505 | P-1898 | P-1943 |
| P-1204 | P-1249 | P-1299 | P-1348 | P-1506 | P-1899 | P-1944 |
| P-1205 | P-1250 | P-1300 | P-1349 | P-1507 | P-1900 | P-1945 |
| P-1206 | P-1251 | P-1301 | P-1350 | P-1508 | P-1901 | P-1946 |
| P-1207 | P-1252 | P-1302 | P-1353 | P-1509 | P-1902 | P-1947 |
| P-1208 | P-1253 | P-1303 | P-1354 | P-1510 | P-1903 | P-1948 |
| P-1209 | P-1254 | P-1304 | P-1355 | P-1511 | P-1904 | P-1949 |
| P-1210 | P-1255 | P-1305 | P-1360 | P-1512 | P-1905 | P-1950 |
| P-1211 | P-1256 | P-1306 | P-1363 | P-1513 | P-1906 | P-1951 |
| P-1212 | P-1257 | P-1307 | P-1364 | P-1514 | P-1907 | P-1977* |
| P-1213 | P-1258 | P-1308 | P-1366 | P-1515 | P-1908 | |
| P-1214 | P-1259 | P-1309 | P-1367 | P-1516 | P-1909 | |
| P-1215 | P-1260 | P-1310 | P-1369 | P-1517 | P-1910 | |
| P-1216 | P-1261 | P-1311 | P-1370 | P-1518 | P-1911 | |
| P-1217 | P-1262 | P-1313 | P-1371 | P-1519 | P-1912 | |
| P-1218 | P-1263 | P-1315 | P-1373 | P-1520 | P-1913 | |
| P-1219 | P-1264 | P-1316 | P-1374 | P-1521 | P-1914 | |
| P-1220 | P-1265 | P-1317 | P-1375 | P-1522 | P-1915 | |
| P-1221 | P-1266 | P-1318 | P-1376 | P-1523 | P-1916 | |
| P-1222 | P-1267 | P-1319 | P-1377 | P-1524 | P-1917 | |
| P-1223 | P-1268 | P-1320 | P-1378 | P-1525 | P-1918 | |
| P-1224 | P-1269 | P-1321 | P-1379 | P-1526 | P-1919 | |
| P-1225 | P-1270 | P-1322 | P-1380 | P-1527 | P-1920 | |
| P-1226 | P-1271 | P-1323 | P-1381 | P-1528 | P-1921 | |
| P-1227 | P-1272 | P-1324 | P-1382 | P-1529 | P-1922 | |
| P-1228 | P-1273 | P-1325 | P-1383 | P-1530 | P-1923 | |
| P-1229 | P-1274 | P-1326 | P-1384 | P-1531 | P-1924 | |
| P-1230 | P-1275 | P-1327 | P-1385 | P-1532 | P-1925 | |
| P-1231 | P-1276 | P-1328 | P-1386 | P-1533 | P-1926 | |
| P-1232 | P-1280 | P-1329 | P-1387 | P-1534 | P-1927 | |
| P-1233 | P-1281 | P-1330 | P-1388 | P-1535 | P-1928 | |
| P-1234 | P-1282 | P-1331 | P-1480 | P-1536 | P-1929 | |
| P-1235 | P-1283 | P-1332 | P-1482 | P-1537 | P-1930 | |
| P-1236 | P-1284 | P-1333 | P-1484 | P-1538 | P-1931 | |
| P-1237 | P-1285 | P-1334 | P-1485 | P-1539 | P-1932 | |
| P-1238 | P-1286 | P-1336 | P-1486 | P-1540 | P-1933 | |
| P-1239 | P-1288 | P-1337 | P-1488 | P-1570* | P-1934 | |

*As set forth in Defendants' brief, Defendants do not believe P-1570 or P-1977 was properly admitted into evidence at trial. If the Court finds, however, that these exhibits were admitted, both should be filed under seal.