## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

BLUEGREEN VACATIONS UNLIMITED, INC., *et al.*,

    Plaintiffs,

v.

TIMESHARE LAWYERS P.A., *et al.*,

    Defendants.

Case No.: 1:20-cv-24681-RNS

### SUBMISSION OF NON-CONFIDENTIAL TRIAL EXHIBITS

Plaintiffs, Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation (collectively, "Plaintiffs" or "Bluegreen") hereby provide, pursuant to S.D. Fla. Local Rule 5.3(b)(2), non-confidential exhibits admitted into evidence during the prior non-jury trial in this matter (the "Bench Trial"). Pursuant to the Court's order in this matter [ECF No. 537], confidential exhibits were submitted[1] in-person via flash drive. The non-confidential exhibits are attached hereto at **Exhibit A** and include the following:

- P-0881: Redacted Notice of Termination [Pg. 1]
- P-1277: Carlsbad Law Group, LLP Correspondence [Pg. 4]
- P-1278: Carlsbad Law Group, LLP Correspondence [Pg. 7]
- P-1279: Carlsbad Law Group, LLP Correspondence [Pg. 13]
- P-1287: Carlsbad Law Group, LLP Correspondence [Pg. 19]
- P-1294: Carlsbad Law Group, LLP Correspondence [Pg. 24]
- P-1314: Carlsbad Law Group, LLP Correspondence [Pg. 29]
- P-1335: Carlsbad Law Group, LLP Correspondence [Pg. 34]
- P-1340: Carlsbad Law Group, LLP Correspondence [Pg. 37]

---

[1] Bluegreen notes that after conferral with opposing counsel, one record (P-1489) originally intended to be filed via the instant non-confidential submission will be filed under seal. Accordingly, P-1489 remains outstanding and will be submitted in-person via flash drive pursuant to the Court's Order [ECF 537].

- P-1351: Carlsbad Law Group, LLP Correspondence [Pg. 43]
- P-1356: Carlsbad Law Group, LLP Correspondence [Pg. 46]
- P-1357: Carlsbad Law Group, LLP Correspondence [Pg. 52]
- P-1358: Carlsbad Law Group, LLP Correspondence [Pg. 55]
- P-1359: Carlsbad Law Group, LLP Correspondence [Pg. 60]
- P-1361: Carlsbad Law Group, LLP Correspondence [Pg. 63]
- P-1362: Carlsbad Law Group, LLP Correspondence [Pg. 66]
- P-1365: Carlsbad Law Group, LLP Correspondence [Pg. 71]
- P-1368: Carlsbad Law Group, LLP Correspondence [Pg. 74]
- P-1372: Carlsbad Law Group, LLP Correspondence [Pg. 79]
- P-1390: Pandora Marketing LLC Response to Request for Admission [Pg.82]
- P-1392 Pandora Marketing LLC Response to Request for Admission [Pg. 117]
- P-1393: Pandora Marketing LLC Response to Request for Admission [Pg. 130]
- P-1395: Pandora Marketing LLC Response to Request for Admission [Pg. 138]
- P-1397: Pandora Marketing LLC Response to Request for Admission [Pg. 158]
- P-1401: Pandora Marketing LLC Response to Request for Admission [Pg. 185]
- P-1403: Pandora Marketing LLC Response to Request for Admission [Pg. 211]
- P-1405: Pandora Marketing LLC Response to Request for Admission [Pg. 238]
- P-1407: Pandora Marketing LLC Response to Request for Admission [Pg. 271]
- P-1409: Pandora Marketing LLC Response to Request for Admission [Pg. 313]
- P-1438: Pandora Marketing LLC Response to Interrogatories [Pg. 326]
- P-1884: Internal Pandora Marketing, LLC Email Correspondence [Pg. 334]
- P-1885: Internal Pandora Marketing, LLC Email Correspondence [Pg. 336]
- P-1978: Pandora Marketing, LLC Email Correspondence to Third-Party Angela Consalvo [Pg. 338]
- P-1979: Intermarketing Media, LLC Correspondence with Carlsbad Lad Law Group, LLP [Pg. 341]
- P-1990: Pandora Marketing, LLC Email Correspondence with Carlsbad Law Group, LLP [Pg. 344]

Dated: September 5, 2023

Respectfully submitted,

*/s/ Benjamin F. Elliott*
**ERIC C. CHRISTU, ESQ.**
Florida Bar No. 434647
echristu@shutts.com
**SHUTTS & BOWEN, LLP**
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 358-6300
Facsimile: (305) 381-9982

and

**ALFRED J. BENNINGTON, JR., ESQ.**
Florida Bar No. 0404985
bbennington@shutts.com
**GLENNYS ORTEGA RUBIN, ESQ.**
Florida Bar No. 556361
grubin@shutts.com
**CHRISTIAN M. LEGER, ESQ.**
Florida Bar No. 0100562
cleger@shutts.com
**BENJAMIN F. ELLIOTT, ESQ.**
Florida Bar No. 1010706
belliott@shutts.com
**SHUTTS & BOWEN LLP**
300 South Orange Avenue, Suite 1600
Orlando, Florida 32801
Telephone: (407) 835-6755
Facsimile: (407) 849-7255

*Attorneys for Plaintiffs*

ORLDOCS 20846961 1