IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BLUEGREEN VACATIONS UNLIMITED,
INC., et al.,

    Plaintiffs,

vs.

    CASE NO: 1:20-cv-24681-RNS

TIMESHARE LAWYERS, P.A., et al.,

    Defendants.

_____/

**PANDORA MARKETING, LLC, RICH FOLK AND WILLIAM WILSON'S**
**NOTICE OF FILING NON-CONFIDENTIAL TRIAL EXHIBITS**

Pandora Marketing, LLC ("Pandora Marketing"), Rich Folk, and William Wilson (collectively referred to herein as "Pandora") pursuant to Local Rule 5.3(b)(2), respectfully file their non-confidential exhibits admitted into evidence during trial. Pursuant to the Court's order in this matter [ECF No. 537], confidential exhibits were submitted in-person via flash drive on September 5, 2023. The non-confidential exhibits are attached hereto and are as follows:

- D-46: Bluegreen Vacations Unlimited, Inc.'s Second Amended Answers to Defendant Sean Slattery's Second Set of Interrogatories
- D-54: Indenture Agreement, dated October 8, 2020
- D-55: Bluegreen Vacations Holding Corporation Form 10-K
- D-231: Plaintiffs' Second Rule 26 Disclosures
- D-235: Bluegreen Vacations Corporation's Unverified Answers to Defendant Carlsbad Law Group's First Set of Interrogatories
- D-239: Bluegreen Vacations Corporation's Unverified Responses to Pandora Marketing, LLC's Third Set of Interrogatories
- D-412: Timeshare Compliance: Frequently Asked Questions and Answers

Dated: September 6, 2023

Respectfully submitted,

286558672v.1

| | |
|---|---|
| **/s/ John Y. Benford** | **/s/ Patrick A. Bradford** |
| Florida Bar: 51950 | Patrick A. Bradford |
| Wilson Elser Moskowitz, | (admitted *pro hac vice*) |
| Edelman & Dicker LLP | Bradford Edwards & Varlack LLP |
| 111 North Orange Avenue Suite 1200 | 12 East 49th Street, 11th Floor |
| Orlando, Florida 32801 | New York, NY 10017 |
| Phone: 407.203.7594 | Tel: 917.671.9406 |
| Email: john.benford@wilsonelser.com | Email: pbradford@bradfordedwards.com |
| Attorneys for Pandora Marketing, LLC, | Attorneys for Pandora Marketing, LLC, |
| William Wilson, And Rich Folk. | Defendant William Wilson and Rich Folk |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, the foregoing document was filed using the CM/ECF system for the United States District Court, Southern District of Florida.

/s/ John Y. Benford
John Y. Benford, Esquire

286558672v.1