# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

BLUEGREEN VACATIONS UNLIMITED,
INC., et al.,                                                                                  CASE NO. 1:20-cv-24681-RNS

      Plaintiffs,

v.

TIMESHARE LAWYERS P.A., et al.,

      Defendants.
_____/

## DEFENDANTS' *UNOPPOSED* EXPEDITED MOTION TO EXTEND DEADLINE TO FILE REVISED PROPOSED FINDINGS OF FACT

Defendants Pandora Marketing, Rich Folk, and William Wilson (collectively, "Defendants") respectfully file this unopposed expedited motion for an order extending the deadline for the parties to file their revised proposed findings of fact to September 19, 2023 and, as grounds, state:

1. Pursuant to this Court's ruling on August 24, 2023 (day 4 of the trial in this matter), the parties are required to file their revised proposed findings of fact on September 15, 2023.

2. This Court's Official Court Reporter, Ms. Quanincia Hill, has advised the undersigned counsel that she is currently working on the final transcripts for days 2, 3 and 4 of the trial. However, because of Ms. Hill's demanding schedule, she does not anticipate completing the transcripts until Friday, September 15, 2023 – the day the parties' revised proposed findings of fact are due. The parties require several days to review the transcripts and ensure the accuracy of their citations to the testimony offered at trial.

3. The full and completed transcripts will enable the parties to make accurate and precise citations to the testimony at trial in their respective proposed revised findings of fact which, in turn, will benefit the Court as the trier of fact and further the interests of justice.

4. Under Federal Rule of Civil Procedure 6(b), a deadline may be extended upon a showing of good cause. *See* Fed. R. Civ. P. 6(b)(1)(A); *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Decurtis, LLC v. Carnival Corp.*, No. 20-22945-Civ-SCOLA/TORRES,

2021 U.S. Dist. LEXIS 155553 (S.D. Fla. Aug. 18, 2021); *Alarm Grid, Inc. v. Alarm Club.com, Inc.*, No. 17-80305-CV, 2018 U.S. Dist. LEXIS 19747 (S.D. Fla. Feb. 2, 2018). Defendants submit that good cause exists for this extension. In addition, Plaintiffs do not oppose the extension.

5. Pursuant to Local Rule 7.1(d)(2), Defendants request an expedited ruling on this motion given the current September 15, 2023 deadline.

## CONCLUSION

Based upon the forgoing, Defendants respectfully request that this Court enter an order extending the deadline for the parties to file their revised proposed findings of fact to September 19, 2023.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

The parties have conferred pursuant to Local Rule 7.1(a)(3), and Plaintiffs do not oppose this motion.

Date: September 14, 2023                                    Respectfully submitted,

*/s/ John Y. Benford*                                       */s/ Patrick A. Bradford*

John Y. Benford, Esq.                                       Patrick A. Bradford, Esq.
Florida Bar: 51950                                          (admitted *pro hac vice*)
Wilson Elser Moskowitz                                      Bradford Edwards & Varlack LLP
Edelman & Dicker LLP                                        12 East 49th Street, 11th Floor
111 North Orange Avenue Suite 1200                          New York, NY. 10017
Orlando, Florida 32801                                      Phone: (917) 671-9406
Phone: 407.203.7594                                         E-mail: pbradford@bradfordedwards.com
E-mail: john.benford@wilsonelser.com                        *Attorneys for Pandora Marketing, LLC,*
*Attorneys for Pandora Marketing, LLC,*                     *William Wilson, and Rich Folk*
*William Wilson, and Rich Folk*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2023, the foregoing document was filed using the CM/ECF system for the United States District Court, Southern District of Florida, which will send electronic notice of the foregoing to all counsel of record.

                                                                                                /s/ John Y. Benford
                                                                                                 John Y. Benford, Esquire