**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

BLUEGREEN VACATIONS UNLIMITED, INC., *et al.*,

    Plaintiffs,

v.

TIMESHARE LAWYERS P.A., *et al.*,

    Defendants.

Case No.: 1:20-cv-24681-RNS

**UNOPPOSED MOTION FOR CHRISTIAN M. LEGER, ESQ. TO WITHDRAW AS COUNSEL OF RECORD**

    Pursuant to Local Rule 11.1(d), the undersigned Christian M. Leger, Esq. ("Movant") hereby moves to withdraw as counsel of record for Plaintiffs, Bluegreen Vacations Corporation and Bluegreen Vacations Unlimited, Inc (collectively, "Bluegreen"), and in support, states as follows:

    1.    The Movant has appeared as counsel in this matter on behalf of Bluegreen.

    2.    The Movant has recently accepted a position with a different law firm, and will not continue as counsel for Bluegreen following his departure from Shutts & Bowen, LLP.

    3.    The Movant has informed Bluegreen of his intention to withdraw from this matter, and Bluegreen has consented to the withdrawal.

    4.    Additionally, Bluegreen will continue to be represented in this matter by Shutts & Bowen, LLP and the other attorneys from the firm that have made an appearance to date. Accordingly, no entity will be left without representation, and the matter will not suffer any disruption by virtue of the Movant's withdrawal.

5.  Finally, there are no hearings or trials that are scheduled, and no pending matters for which the Movant's personal involvement is required.

WHEREFORE, the undersigned requests that the Court grant this motion and permitting the Movant to withdraw as counsel of record from this case.

**RULE 3.01(g) CERTIFICATE OF GOOD FAITH CONFERRAL**

On October 20, 2023, the undersigned conferred with counsel for the Defendants, who indicated that Defendants do not oppose the relief sought in this motion. Accordingly, the motion is **unopposed**.

Dated: October 24, 2023.

Respectfully Submitted,

*/s/ Christian M. Leger*
**CHRISTIAN M. LEGER, ESQ.**
Florida Bar No. 0100562
cleger@shutts.com
SHUTTS & BOWEN, LLP
300 S. Orange Ave., Suite 1600
Orlando, FL 32804