United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation, Plaintiffs,<br><br>v.<br><br>Timeshare Lawyers P.A., and others, Defendants. | Civil Action No. 20-24681-Civ-Scola |

## Final Judgment

In accordance with the Court's findings of fact and conclusions of law, as set forth in its verdict and order following a non-jury trial (ECF No. 561), the Court enters this final judgment in favor of the Plaintiffs Bluegreen Vacations Unlimited and Bluegreen Vacations Corporation (collectively "Bluegreen"), and against the Defendants Pandora Marketing, LLC, and its owners, Rich Folk, and William Wilson (the "Marketing Defendants"), in the amount of **$100,000.00**, plus interest at the legal rate, for which sum let execution issue. In addition, the Court enters a **Permanent Injunction** in favor of Bluegreen and against the Marketing Defendants, under the terms set forth in its verdict and order following a non-jury trial. (*Id.*)

The Court retains jurisdiction for the purposes of any post-judgment motions, as provided for under the relevant legal authority. This case is to otherwise remain **administratively closed**.

**Done and ordered** at Miami, Florida on October 27, 2023.

_____
Robert N. Scola, Jr.
United States District Judge