United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Bluegreen Vacations Unlimited, Inc. and Bluegreen Vacations Corporation, Plaintiffs,<br><br>v.<br><br>Timeshare Lawyers P.A., and others, Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 20-24681-Civ-Scola<br>)<br>)<br>)<br>) |

## Order Adopting Magistrate Judge's Report And Recommendation

 This cause comes before the Court on the Plaintiffs' motion for award of taxable costs against Defendants Pandora Marketing, LLC, Rich Folk, and William Wilson. (Pl.'s Mot., ECF No. 564.) The motion was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendations. (Court's Ref., ECF No. 565.) The Defendants responded opposing the motion (ECF No. 569), and the Plaintiffs replied. (ECF No. 570.) The Plaintiffs originally requested $72,251.70 in costs (ECF No. 564) but revised their request to $60,369.02 after reviewing the Defendants' response in opposition. (ECF No. 570.) The Plaintiffs requested $60,369.02 for the following costs: $400.00 for the filing fee; $1,040.00 for service of process; $58,680.82 in transcript costs; and $118.20 for witness fees. (*Id.*) Judge Goodman issued a report recommending the Court grant in part and deny in part the Plaintiffs' motion. (ECF No. 591.) Specifically, Judge Goodman recommended the Court award the Plaintiffs $10,224.00 less than the requested amount: "$50,145.02 in taxable costs ($400.00 for the filing fee; $1,040.00 for service of process; $48,665.02 in transcript costs; and $40.00 for witness fees)." (*Id.* at 21.) Neither the Plaintiffs nor the Defendants filed objections to Judge Goodman's report and recommendations, and the time to do so has passed.

 A district court judge must conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *See id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

 The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and

recommendations cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendations. (**ECF No. 591**.) Accordingly, the Court **grants in part and denies in part the** Plaintiffs' **motion**, awarding the Plaintiffs $50,145.02 in taxable costs total, comprised of $400.00 for the filing fee; $1,040.00 for service of process; $48,665.02 in transcript costs; and $40.00 for witness fees. (**ECF No. 564**.)

    **Done and ordered** in Miami, Florida, on May 28, 2024.

                                             Robert N. Scola, Jr.
                                             United States District Judge